MILTON CLARK, Appellant, *v.* HENRY C. BOWERS, Respondent.

*Clark* v. *Bowers,* 119 App. Div. 914, affirmed.
(Argued May 29, 1908; decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1907, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action of ejectment.

*W. S. Thrasher* for appellant.

*Ernest F. Kruse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.